UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMIE SUE FORD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:23-cv-01392 SEP |
| ) | |
| BOARD OF HEALING ARTS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is pro se Plaintiff Jamie Sue Ford's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2]. Because Plaintiff has not provided any financial information, the Court cannot determine if she qualifies for *in forma pauperis* status.

To proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) a person must submit "an affidavit that includes a statement of all assets" the person possesses so the Court can determine whether the person "is unable to pay" the costs. The "decision whether to grant or deny in forma pauperis status is within the sound discretion of the trial court." *Cross v. Gen. Motors Corp.*, 721 F.2d 1152, 1157 (8th Cir. 1983). A person does not need to be "absolutely destitute" to proceed *in forma pauperis*, and "an affidavit is sufficient which states that one cannot because of his poverty pay or give security for the costs and still be able to provide himself and dependents with the necessities of life." *In re Smith*, 600 F.2d 714, 715 (8th Cir. 1979) (cleaned up) (quoting *Adkins v. E.I. Du Pont De Nemours & Co.*, 335 U.S. 331, 339 (1948)).

Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is blank except for Plaintiff's signature, printed name, and date. Doc. [2]. It does not include any financial information that would allow the Court to determine whether Plaintiff is able to pay the Court's fees. Because Plaintiff claims she is unable to pay the costs, the Court will allow her to file a completed application so the Court may determine whether she meets the requirements for *in forma pauperis* status. Plaintiff must complete every section of the form. Failure to comply with this Order will result in a denial of the request to proceed without prepaying fees or costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to mail to Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $402 filing fee or submit the completed Application to Proceed in District Court Without Prepaying Fees or Costs, in

accordance with the instructions in this Order, within **fourteen (14) days** of the date of this Order.

    Dated this 6th day of December, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE